**Samuel K. LIPARI, as Assignee of Dissolved Medical Supply Chain, Inc., Appellant,**

**v.**

**GENERAL ELECTRIC COMPANY; General Electric Capital Business Asset Funding Corporation; GE Transportation Systems Globaling Signaling, LLC; Stewart Foster; Jeffrey R. Immelt; Seyfarth Shaw, LLP; Heartland Financial Group, Inc.; Christopher M. McDaniel; Bradley J. Schlozman, Appellees.**

**No. 08–3115.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 27, 2009.

Filed: Dec. 4, 2009.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Samuel Lipari appeals the district court's [1] orders granting defendants' motions to dismiss his civil Racketeer Influenced and Corrupt Organizations Act (RICO) claims, denying his motion to amend his complaint, and denying his post-judgment request for the district court judge's recusal. Following careful review, we find no basis for reversal. *See Charles Brooks Co. v. Georgia–Pacific, LLC*, 552 F.3d 718, 721–23 (8th Cir.2009) (recognizing de novo review of a dismissal and affirming the dismissal of one plaintiff's individual claims because he failed to allege an injury to confer standing); *Regions Bank v. J.R. Oil Co.*, 387 F.3d 721, 728–29 (8th Cir.2004) (explaining, to have standing to bring a civil RICO claim, plaintiff must have suffered an injury "by reason of" a RICO violation and the showing of an injury requires proof of a concrete financial loss, and not mere injury to a valuable intangible property interest); *see also United States ex rel. Joshi v. St. Luke's Hosp.*, 441 F.3d 552, 555 (8th Cir. 2006) (stating abuse of discretion review for denial of a motion to amend a complaint, but de novo review of the underlying legal conclusion that a proposed amendment to the complaint would have been futile); *Hooker v. Story*, 159 F.3d 1139, 1140 (8th Cir.1998) (per curiam) (declaring the abuse of discretion standard of review for recusal motions).

We affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.